UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEITCHING PIERRE,                                                16 CV 6721

                *Plaintiff,*

   -against-                                                    **AFFIDAVIT OF SERVICE**

OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS
TIME THERAPIES,

                *Defendant.*
-----------------------------------------------------------------X

I, Charmain Feliciano, being duly sworn, deposes and says;

    1.    I am not a party to this action, I am over 18 years of age and I reside in New York County, State of New York.

    2.    On December 21, 2016, at approximately 12:03pm, I served a true copy of the annexed Complaint and Summons in the matter of *Pierre v. OT Aspekt & Chiropractic PLLC d/b/a Kids Time Therapies,* Eastern District of New York, Case No. 16 CV 6721 addressed to OT Aspekt & Chiropractic PLLC by delivering same to their place of business, 42-77 65th Place, Woodside, NY 11377. At that time I served the described Complaint and Summons by personally handing it to Anatoly at that address, a man, approximately in his late forties, bald with brown eyes, and approximately 5'5" working at the front desk.

                                                                   Charmain Feliciano

Sworn to before me this
6th day of ~~December, 2016~~
January, 2017

_____
Notary Public

OWEN H LAIRD
Notary Public, State of New York
No. 02LA6313067
Qualified in New York County
Commission Expires Oct. 14, 20_17_