# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Geitching Pierre<br>*Plaintiff*<br>v.<br>OT Aspekt & Chiropractic PLLC<br>*Defendant* | ) ) ) ) ) | Case No. 16 CV 6721 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Geitching Pierre

Date: 02/21/2017

s/ Owen H. Laird
*Attorney's signature*

Owen H. Laird [OL-6994]
*Printed name and bar number*

The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001

*Address*

olaird@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*