UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X          **CASE MANAGEMENT PLAN**

Geitching Pierre

Docket Number: 16-cv-6721

                              Plaintiff,

    -against-

OT Aspekt & Chiropractic PLLC

                            Defendant,
--------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by **02/06/17**.

2. No additional parties may be joined after **3/6/2017**.

3. No amendment of the pleadings will be permitted after **3/6/2017**.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **3/13/2017**.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (a) expert witnesses on or before **5/15/2017**.
    (b) rebuttal expert witnesses on or before **6/15/2017**.

6. All discovery, including depositions of experts, shall be completed on or before **7/15/2017** (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

      [ ] Yes    [✓] No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.  A Telephone Conference set for _____, to be initiated by

    ☐ Plaintiff   or ☐ Defendant (Check One).

    * (The Court will schedule the conference listed above.)

10. Status Conference will be held on _____.
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on _____.
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

_____

RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_OWEN H LAIRD_____
NAME
Attorney for Plaintiff
ADDRESS 220 5TH AVENUE, SUITE 900
         NY, NY, 10001
E-mail: OLAIRD@THEHARMANFIRM.COM
Tel.: 212 425-2600
Fax: 212 202-3926

_MAYYA GOTLIB ESQ_____
NAME
Attorney for Defendant
ADDRESS 194 ROMA AVENUE
         Staten Island NY 10306
E-mail: mgotlibesq@gmail.com
Tel.: (917) 930 6621
Fax: (866) 615 2806