*THE LAW OFFICE OF MAYYA S.GOTLIB*
194 Roma Avenue
Staten Island NY 10306
mgotlibesq@gmail.com
(917) 930-6621
Attorney for Defendants OT Aspekt & Chiropractic PLLC
d/b/a Kids Time Therapies

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
GEITCHING PIERRE

                                              Docket No: CV 16-6721

                    Plaintiffs,                  **Rule 7. 1 Statement**

- against -

OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME
THERAPIES
                    Defendants
---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules for Civil Procedure, the defendant OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME THERAPIES by and through their Attorney MAYYA S. GOTLIB ESQ certify as follows:

1. Defendant OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME THERAPIES is not a publically traded corporation but is a professional limited liability company, with its principal place of business in the County of Kings Queens, State of New York.
2. Defendant OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME THERAPIES has a single member, Anatoly Spektor, who is a resident of New York.

Dated: New York, New York
       February 27, 2017

Yours, etc
LAW OFFICE OF MAYYA S. GOTLIB ESQ
By: _____
    MAYYA S. GOTLIB ESQ (MG2401)
Attorney for Defendants
OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME THERAPIES *162 Avenue U, 2nd Floor*
194 Roma Avenue
Staten Island NY 10306
*(917) 930-6621*
mgotlibesq@gmail.com


TO:    Attorneys for Plaintiffs
        THE HARMAN FIRM LLP
        Walker G. Garman Jr.
        220 Fifth Avenue, Suite 900
        New York New York 10001
        **olaird@theharmanfirm.com**

THE LAW OFFICE OF MAYYA S. GOTLIB
194 Roma Avenue
Staten Island NY 10306
mgotlibesq@gmail.com
(917) 930-6621
Attorney for Defendants OT Aspekt & Chiropractic PLLC
d/b/a Kids Time Therapies

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GEITCHING PIERRE

Docket No: CV 16-6721

Plaintiffs,　　　　　　CIVIL ACTION

- against -

OT ASPEKT & CHIROPRACTIC PLLC d/b/a KIDS TIME
THERAPIES
　　　　　　Defendants
_____X

## CERTIFICATE OF SERVICE

MAYYA S. GOTLIB ESQ (MG2401), an attorney duly licensed to practice law in this Court certifies:

1)　　I am over the age of 18 years and not a party to the above matter.

2)　　On February 27, 2017, I served a true copy of Defendants' Rule 7.1 Statement by mail to the address designated below as the ECF/CM system for the Eastern District of New York is presently unavailable:

Attorneys for Plaintiffs
THE HARMAN FIRM LLP
Walker G. Garman Jr.
220 Fifth Avenue, Suite 900
New York New York 10001
olaird@theharmanfirm.com

3)　　A courtesy hard copy will also be presented to Plaintiff's counsel at the address noted above by first class mail.

Yours, etc.

*LAW OFFICE OF MAYYA S. GOTLIB*
By: _____
      MAYYA S. GOTLIB ESQ (MG2401)
 Attorney for Defendant
194 Roma Avenue
Staten Island NY 10306
(917)930-6621
mgotlibesq@gmail.com