# Mayya S. Gotlib, Esq

Attorney and Counselor At Law
Tel. :(917) 930-6621   Fax: (866) 615-2806

**Mailing Address**

| | |
|---|---|
| 194 Roma Avenue | 7 World Trade Center, |
| Staten Island NY 10306 | 250 Greenwich Street |
| mgotlibesq@gmail.com | Silver Suites 4653 |
| (917) 930-6621 | New York NY 10007 |

May 25, 2017

**Via Facsimile (718) 613-2125**
**MAGISTRATE JUDGE RAMON E. REYES, JR.**
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201
Courtroom N2E - North Wing,

> RE: Geitching Pierre v. Ot Aspekt & Chiropractic PLLC et al
>     Docket No. CV 16-6721

Your Honor:

The undersigned attorney represents the Defendant in the above referenced matter. This matter is scheduled for a status conference on May 31, 2017. However, when this conference was scheduled, I did not realize that this falls on a Jewish holiday of Shavuos and I will not be able to attend due to religious observation. Additionally, I am thereafter going to be traveling out of the country.

In accordance with your Honor's rules, I have spoken to plaintiff's counsel, and with plaintiff's counsel's consent, I respectfully request that the conference be adjourned to June 28, 2017 or any date acceptable to the court during the last week of June. The parties are presently attempting to schedule depositions for mid-June and believe a conference will be more productive after depositions have been completed.

We thank the Court for its time and consideration in this matter.

Very truly yours,

BY     *Mayya S Gotlib* _____
             MAYYA S. GOTLIB ESQ

Cc:  olaird@theharmanfirm.com